**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

                                                                                                                  Case No. 18-19522-EPK

Eugene Garan
Anna Garan                                                                                                  Chapter 7

_____Debtor_____/

CREDITORS TO BE ADDED:

Great Lakes
Stafford Loans/ U.S. Department of Education
P.O. Box 7860
Madison, WI 53707