**CGFD28** (10/01/16)



ORDERED in the Southern District of Florida on January 4, 2019

**Erik P. Kimball**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 18−19522−EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Eugene B Garan
606 Nova Court
Smyrna, TN 37167

Anna Garan
606 Nova Court
Smyrna, TN 37167

SSN: xxx−xx−4315

SSN: xxx−xx−4241

# FINAL DECREE

The trustee, Deborah Menotte, having filed a final report that the estate has been fully administered, is discharged and the case is closed.